**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re**<br><br>**Samuel Johnson**<br><br><br>**Debtor.** | Chapter 7<br><br>Case No. 15-09353<br>Hon. Jacqueline P. Cox<br><br><br>Hearing Date:  May 17, 2016<br>Hearing Time:  9:30 a.m. |

**NOTICE OF APPLICATIONS FOR COMPENSATION**

**PLEASE TAKE NOTICE** that on **May 17, 2016 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jacqueline P. Cox,** Bankruptcy Judge, in Courtroom 680, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Trustee Application For Compensation,** a copy of which is available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street

Chicago, IL 60604


**AT WHICH TIME AND PLACE** you may appear if you so see fit.


      Ira Bodenstein (#3126857)
      Shaw Fishman Glantz & Towbin LLC
      321 North Clark Street, Suite 800
      Chicago, IL 60654
      (312) 666-2861

 /s/ Ira Bodenstein

{10846-001 NTC A0434692.DOCX}