# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: JOHNSON, SAMUEL § Case No. 15-09353
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   Ira Bodenstein, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $271,400.00          Assets Exempt: $26,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,510.32     Claims Discharged
                                               Without Payment: $6,253.00

Total Expenses of Administration: $480.18

   3) Total gross receipts of $ 8,375.00 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 6,384.50 (see **Exhibit 2**), yielded net receipts of $1,990.50
from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $319,310.13 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,690.10 | 480.18 | 480.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,759.00 | 1,506.40 | 1,510.32 | 1,510.32 |
| **TOTAL DISBURSEMENTS** | $327,069.13 | $3,196.50 | $1,990.50 | $1,990.50 |

4) This case was originally filed under Chapter 7 on March 17, 2015. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/04/2016          By: /s/Ira Bodenstein
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 TAX REFUND | 1224-000 | 8,375.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,375.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOHNSON, SAMUEL | Dividend paid 100.00% on $6,384.50; Claim# SURPLUS; Filed: $6,384.50; Reference: | 8200-002 | 6,384.50 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$6,384.50** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | GREEN TREE SERVICING | 4110-000 | 197,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PHH MORTGAGE CORP. | 4110-000 | 69,644.01 | N/A | N/A | 0.00 |
| NOTFILED | FIRST MERIT BANK | 4110-000 | 52,666.12 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$319,310.13** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,587.50 | 377.58 | 377.58 |
| Ira Bodenstein | 2200-000 | N/A | 6.42 | 6.42 | 6.42 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 12.04 | 12.04 | 12.04 |
| Rabobank, N.A. | 2600-000 | N/A | 11.62 | 11.62 | 11.62 |
| Rabobank, N.A. | 2600-000 | N/A | 12.81 | 12.81 | 12.81 |
| Rabobank, N.A. | 2600-000 | N/A | 11.99 | 11.99 | 11.99 |
| Rabobank, N.A. | 2600-000 | N/A | 11.57 | 11.57 | 11.57 |
| Rabobank, N.A. | 2600-000 | N/A | 13.15 | 13.15 | 13.15 |
| Rabobank, N.A. | 2600-000 | N/A | 11.51 | 11.51 | 11.51 |
| Rabobank, N.A. | 2600-000 | N/A | 11.49 | 11.49 | 11.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,690.10 | $480.18 | $480.18 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Portfolio Recovery Associates, LLC | 7100-000 | 1,506.00 | 1,506.40 | 1,506.40 | 1,506.40 |
| 1 | Portfolio Recovery Assoc. LLC | 7990-000 | N/A | N/A | 3.92 | 3.92 |
| NOTFILED | QUEST DIAGNOSTICS | 7100-000 | 182.00 | N/A | N/A | 0.00 |
| NOTFILED | CHANDRA DIAGNOSTIC CARDIOLOGY, LTD. | 7100-000 | 108.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 5,963.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | BANK OF AMERICA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $7,759.00 | $1,506.40 | $1,510.32 | $1,510.32 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-09353  
**Case Name:** JOHNSON, SAMUEL  

**Period Ending:** 08/04/16

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 03/17/15 (f)  
**§341(a) Meeting Date:** 04/27/15  
**Claims Bar Date:** 10/01/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  SINGLE FAMILY HOME: 3461 KENTUCKY ST., GARY, IN<br>Orig. Description: SINGLE FAMILY HOME: 3461 KENTUCKY ST., GARY, IN 46409; Imported from original petition Doc# 1; Lien: FIRST MORTGAGE SINGLE FAMILY HOME: 3461 KENTUCKY ST. GARY, IN 46409<br>Value $ 44600 - Amount: 52666.12 | 44,600.00 | 0.00 | | 0.00 | FA |
| 2  SINGLE FAMILY HOME: 129 W. 141ST ST., RIVERDALE,<br>Orig. Description: SINGLE FAMILY HOME: 129 W. 141ST ST., RIVERDALE, IL 60827; Imported from original petition Doc# 1; Lien: FIRST MORTGAGE SINGLE FAMILY HOME: 129 W. 141ST ST. RIVERDALE, IL 60827<br>Value $ 39200 - Amount: 69644.01 | 39,200.00 | 0.00 | | 0.00 | FA |
| 3  SINGLE FAMILY HOME: 5706 S. WABASH, CHICAGO, IL<br>Orig. Description: SINGLE FAMILY HOME: 5706 S. WABASH, CHICAGO, IL 60637; Imported from original petition Doc# 1; Lien: FIRST MORTGAGE SINGLE FAMILY HOME: 5706 S. WABASH, CHICAGO, IL 60637<br>Value $ 160000 - Amount: 197000.00 | 160,000.00 | 0.00 | | 0.00 | FA |
| 4  CHECKING ACCOUNT MB FINANCIAL<br>Orig. Description: CHECKING ACCOUNT MB FINANCIAL; Imported from Amended Doc#: 19; Exemption: CHECKING ACCOUNT MB FINANCIAL - Amount: 200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 5  LIVINGROOM SET<br>Orig. Description: LIVINGROOM SET; Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 6  BEDROOM SET<br>Orig. Description: BEDROOM SET; Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 7  TELEVISION | 300.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-09353  
**Case Name:** JOHNSON, SAMUEL  

**Period Ending:** 08/04/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 03/17/15 (f)  
**§341(a) Meeting Date:** 04/27/15  
**Claims Bar Date:** 10/01/15

| 1<br>Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Description: TELEVISION; Imported from original petition Doc# 1 | | | | | |
| 8 | COMPUTER<br>Orig. Description: COMPUTER; Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 9 | Void<br>Orig. Description: LIVINGROOM SET; Imported from Amended Doc#: 19 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Void<br>Orig. Description: BEDROOM SET; Imported from Amended Doc#: 19 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Void<br>Orig. Description: TELEVISION; Imported from Amended Doc#: 19 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Void<br>Orig. Description: COMPUTER; Imported from Amended Doc#: 19 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | CLOTHING<br>Orig. Description: CLOTHING; Imported from Amended Doc#: 19; Exemption: CLOTHING  -  Amount: 200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 14 | 401K PLAN<br>Orig. Description: 401K PLAN; Imported from Amended Doc#: 19; Exemption: 401K PLAN  -  Amount: 20000.00 | 20,000.00 | 0.00 | | 0.00 | FA |
| 15 | 2014 TAX REFUND  (u)<br>Orig. Description: 2014 TAX REFUND; Imported from Amended Doc#: 19 | 8,375.00 | 0.00 | | 8,375.00 | FA |
| 16 | 2007 LAND ROVER: 120K MILES<br>Orig. Description: 2007 LAND ROVER: 120K MILES; Imported from Amended Doc#: 19; Exemption: 2007 LAND ROVER:  120K MILES  - Amount: 2400.00; Exemption: 2007 LAND ROVER:  120K MILES  -  Amount: 3600.00 | 6,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-09353  
**Case Name:** JOHNSON, SAMUEL  

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 03/17/15 (f)  
**§341(a) Meeting Date:** 04/27/15  

**Period Ending:** 08/04/16  
**Claims Bar Date:** 10/01/15  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 16  Assets  Totals (Excluding unknown values) | $279,775.00 | $0.00 | | $8,375.00 | $0.00 |

**Major Activities Affecting Case Closing:**

    3/31/2016- TFR submitted to UST office for review and approval.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015        **Current Projected Date Of Final Report (TFR):**   June 30, 2016

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-09353 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | JOHNSON, SAMUEL | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4566 - Checking Account |
| Taxpayer ID #: | **-***7610 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/04/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/30/15 | {15} | Samuel Johnson | 2014 federal refund | 1224-000 | 8,375.00 | | 8,375.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.04 | 8,362.96 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.62 | 8,351.34 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.81 | 8,338.53 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.99 | 8,326.54 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.57 | 8,314.97 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.15 | 8,301.82 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.51 | 8,290.31 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.49 | 8,278.82 |
| 05/19/16 | 101 | Ira Bodenstein | Dividend paid 100.00% on $377.58, Trustee Compensation; Reference: | 2100-000 | | 377.58 | 7,901.24 |
| 05/19/16 | 102 | Ira Bodenstein | Dividend paid 100.00% on $6.42, Trustee Expenses; Reference: | 2200-000 | | 6.42 | 7,894.82 |
| 05/19/16 | 103 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $1,506.40; Claim# 1; Filed: $1,506.40; Reference: XXXXXXXX6693 | 7100-000 | | 1,506.40 | 6,388.42 |
| 05/19/16 | 104 | Portfolio Recovery Assoc. LLC | Dividend paid 100.00% on $3.92; Claim# 1; Filed: $0.00; Reference: | 7990-000 | | 3.92 | 6,384.50 |
| 05/19/16 | 105 | JOHNSON, SAMUEL | Dividend paid 100.00% on $6,384.50; Claim# SURPLUS; Filed: $6,384.50; Reference: | 8200-002 | | 6,384.50 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 8,375.00 | 8,375.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,375.00 | 8,375.00 | |
| | | | Less: Payments to Debtors | | | 6,384.50 | |
| | | | NET Receipts / Disbursements | | $8,375.00 | $1,990.50 | |

| Net Receipts : | 8,375.00 |
|---|---|
| Less Payments to Debtor : | 6,384.50 |
| Net Estate : | $1,990.50 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******4566 | 8,375.00 | 1,990.50 | 0.00 |
| | $8,375.00 | $1,990.50 | $0.00 |

{} Asset reference(s)